IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KG, by and through her mother and
next friend CHRISTINE C.

        Plaintiff,

vs.                                   No. CIV-12-1209 KBM/GBW

SANTA FE PUBLIC SCHOOL DISTRICT and
THE BOARD OF EDUCATION FOR THE
SANTA FE PUBLIC SCHOOL DISTRICT, and
FELICIA SENA, and
KIMBERLY SEYMOUR
in their individual capacities,

        Defendants.

## NOTICE OF COMPLETION OF BRIEFING

COMES NOW Plaintiff, by and through counsel, THE LAW OFFICES OF NANCY L. SIMMONS, P.C. (Nancy L. Simmons), and hereby gives notice that the briefing is complete on Plaintiff's *Motion To Unseal GAL's Report*.

        Respectfully submitted,

        THE LAW OFFICES OF NANCY L. SIMMONS, P.C.

        /s/ Nancy L. Simmons
        Nancy L. Simmons
        120 Girard SE
        Albuquerque, NM 87106
        (505) 232-2575
        *Counsel for Plaintiff*